UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

Edward E. Bowden,

    Plaintiff,

v.                                                      13-02625-JPM

United States of America,
United States of America d/b/a
Memphis VA Medical Center,

    Defendants.
_____

STIPULATION OF DISMISSAL
_____

    Pursuant to the Federal Rules of Civil Procedure, Rule 41 Plaintiff and Defendant through their respective attorneys of record announce to the Court that the matters in controversy between Plaintiff and Defendant have been resolved. It is further announced that this matter should be dismissed with prejudice.

                                       Respectfully submitted,
                                       LAW OFFICE OF LOUIS P. CHIOZZA, JR.
                                       & ASSOCIATES

                                       BY: s/Louis P. Chiozza, Jr.
                                       Attorney for Plaintiff
                                       230 Adams Avenue
                                       Memphis, Tennessee 38103
                                       Office: (901) 526-9494
                                       Fax: (901) 526-9970
                                       Lou@chiozzalaw.com

CERTIFICATE OF CONSULTATION

I, Louis P. Chiozza, Jr., attorney for Plaintiff, certify that I have consulted with Stuart Canale, Assistant U.S. Attorney for the Defendants via email on May 20, 2014 and he does not oppose the relief sought.

s/ Louis P. Chiozza, Jr.
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, Louis P. Chiozza, Jr., Attorney for Plaintiff, certify that the foregoing has been electronically filed on this date.  I further certify that to the best of my knowledge, a true and correct copy of the foregoing, along with a Notice of Electronic Filing, will be served electronically through the Court's ECF system to Stuart J. Canale Assistant U.S. Attorney for the Defendant.

s/Louis P. Chiozza, Jr.
Attorney for Plaintiff

Date:  May 21, 2014